CHARLES J. McKEE  #152458
County Counsel
PATRICK McGREAL  #118555
Deputy County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, California  93901-2680
mcgrealp@co.monterey.ca.us

Telephone:  (831)  755-5045
Facsimile:   (831)  755-5283


Attorneys for Defendants
    DEAN FLIPPO, CAROL REED,
    MURAT OZGUR, COUNTY OF MONTEREY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. WAGNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEAN FLIPPO, CAROL REED, MURAT OZGUR, COUNTY OF MONTEREY, JOHN DOES 1-10, JANE DOES 1-10,<br><br>　　　　Defendants.<br>_____/ | **Case No. C 05-2863 JSW**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE**<br><br>**Documents Attached**<br><br>**1.　Memorandum of Points and Authorities in Support of Monterey County Defendants' Motion to Dismiss Complaint Pursuant to Rule 12(b)(6)**<br><br>**2.　[Proposed] Order**<br><br>**Date:  November 4, 2005**<br>**Time:  9:00 am**<br>**Dept:  Courtroom 2, 17th Floor** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on November 4, 2005, at 9:00 am, or as soon thereafter as the matter may be heard, in the Courtroom 2 of the above-entitled court, located at the United States District Court Northern District of California, 450 Golden Gate Avenue, 17th Floor, San Francisco, California,

1 | Defendants DEAN FLIPPO, CAROL REED, MURAT OZGUR and COUNTY OF MONTEREY will move
2 | the Court to dismiss this action with prejudice.
3 |     The motion is brought pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) for failure to state
4 | a claim upon which relief can be granted on the grounds that all defendants are absolutely immune from
5 | liability based on the doctrine of prosecutorial immunity.
6 |     The Motion will be based upon this Notice and Motion, the attached Memorandum of Points and
7 | Authorities, the records and files herein, and on such oral and documentary evidence that may be presented
8 | at the hearing of this matter.

10 | DATED: August 16, 2005

CHARLES J. McKEE
County Counsel

_____/s/_____
PATRICK McGREAL
Deputy County Counsel

F:\WPWIN60\TXT\LIT\400\WAGNER\Notice of Motion &Motion to Dismiss.wpd

*Wagner v. County of Monterey, et al*     Court Case No.: C05-2863 JSW
**NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE**

2