**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 12, 2007

CASE NUMBER:   **CV 05-02863 JSW**
CASE TITLE:   **Wagner-v- Flippo**
DATE MANDATE FILED:  7/11/07

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Distribution:   CIVIL         -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16